**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1958**

———————

In Re: TAMASIN EASTWOOD,

Debtor.

——————————————

THOMAS K. PLOFCHAN,

Plaintiff - Appellant,

v.

TAMASIN EASTWOOD,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-00-0488-A, BK-99-11112)

———————

Submitted: December 14, 2000      Decided: December 21, 2000

———————

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Thomas Kenneth Plofchan, Jr., PLOFCHAN & ASSOCIATES, Sterling, Virginia, for Appellant. Tamasin Eastwood, Appellee Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas K. Plofchan, Jr., appeals from the district court's order affirming the bankruptcy court's order denying Plofchan's objection to a discharge and granting Tamasin Eastwood a discharge in bankruptcy. We have reviewed the record and the opinions below and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Plofchan v. Eastwood</u>, Nos. CA-00-0488-A; BK-99-11112 (E.D. Va. June 30, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's order is marked as "filed" on June 12, 2000, the district court's records show that it was entered on the docket sheet on June 30, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).